UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21254-BLOOM/Louis

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JUSTIN W. KEENER, *d/b/a JMJ Financial*,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 7, 2020, the Court ordered the parties to jointly file a proposed order scheduling mediation, setting forth their selected mediator pursuant to Local Rule 16.2, and a time, date, and place for mediation. ECF No. [23] ("Scheduling Order"). On **July 27, 2020**, the parties filed a notice of mediator selection, but failed to designate a location for the mediation. ECF No. [25] ("Notice"). The Notice provides that the mediation will take place "at a location in Miami, Florida to be determined at a later date," and if the mediator decides that "in person mediation is not advisable due to the COVID-19 pandemic, the mediation will be held by video teleconference." *Id.* Accordingly, it is **ORDERED AND ADJUDGED** that **no later than July 31, 2020**, the parties shall file a supplemental notice and proposed order scheduling mediation, as required by the Scheduling Order. The parties shall advise if the mediation will be conducted by videoconference, and if not, shall state the location for the mediation. Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further notice.

Case No. 1:20-cv-21254-BLOOM/Louis

The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov. All other deadlines set forth in the Scheduling Order shall remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 27, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record