UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-21254-BLOOM

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

JUSTIN W. KEENER D/B/A JMJ FINANCIAL,

        Defendant.

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a discovery hearing in the above-captioned matter has been scheduled as follows:

| | |
|---|---|
| JUDGE: | The Honorable Lauren F. Louis, United States Magistrate Judge |
| DATE: | June 18, 2021 |
| TIME: | 10:00 AM |
| PLACE: | C. Clyde Atkins United States Courthouse<br>301 North Miami Avenue, Eleventh Floor<br>Miami, Florida 33128 |

        The Parties may either appear in person to the extent consistent with the instructions posted on the Court's website or may enter a telephonic appearance. The Court will forward telephonic instructions in separate correspondence.

MATTERS:

1. The parties dispute the relevance and burden associated with producing certain communications between the Securities and Exchange Commission's ("SEC") Office of Interpretation and Guidance and members of the public. Specifically, the communications concern all questions raised by members of the public regarding the dealer

registration requirements set forth in the SEC's Guide to Broker-Dealer Registration, and answers provided by the SEC's Office of Interpretation and Guidance in response to such questions. (Request No. 1 of Defendant's March 19, 2021 Second Request for Production of Documents and Interrogatory No. 6 of Defendant's December 23, 2020 First Set of Interrogatories.)

### **S.D. FLA. L.R. 7.1 CERTIFICATION**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Mr. Keener has conferred with counsel for the SEC in a good faith effort to resolve by agreement the above discovery dispute. Specifically, Mr. Braunstein and Mr. Petrilla, as counsel for the SEC, and Mr. Regan, Ms. Viswanatha, Ms. Rauh, and Mr. Greenberg as counsel for Mr. Keener, held a fifty-minute telephonic meet and confer on April 26, 2021 to discuss the dispute. In addition, Ms. Viswanatha sent letters to the SEC regarding this dispute on May 7 and May 24, and Mr. Braunstein sent letters to Mr. Keener related to the dispute on May 6 and May 11. The parties also exchanged emails regarding this dispute on March 11, 15, 18, 19, and 29, April 5, April 30, May 3, and May 5.

Dated: June 7, 2021                                   Respectfully submitted,

                                                                               **GREENBERG TRAURIG LLP**

                                                                               /s/ *Benjamin G. Greenberg*

                                                                               **Benjamin G. Greenberg**
                                                                               Florida Bar No. 192732
                                                                               greenbergb@gtlaw.com
                                                                               333 SE 2nd Avenue Suite 4400
                                                                               Miami, FL 33131
                                                                               Telephone: (305) 579-0850
                                                                               Facsimile: (305) 579-0717

**RASKIN & RASKIN, P.A.**

**Jane Serene Raskin**
Florida Bar No. 848689
201 Alhambra Circle Suite 1050
Coral Gables, Fl. 33134
Telephone: (305) 444-3400
jraskin@raskinlaw.com

*-and-*

**BUCKLEY LLP**

**Christopher F. Regan (*pro hac vice*)**
**Veena Viswanatha (*pro hac vice*)**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
cregan@buckleyfirm.com
vviswanatha@buckleyfirm.com

*Counsel for Defendant Justin W. Keener*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this day served via ECF a true and correct copy of the foregoing Notice of Hearing to the following:

    Joshua E. Braunstein (Special Bar No. A5502640)
    Antony Richard Petrilla (Special Bar No. A5502641)
    Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
    100 F Street NE
    Washington, DC 20549
    Telephone: (202) 551-8470
    Braunsteinj@sec.gov

    *Attorneys for Plaintiff*
    *Securities and Exchange Commission*

                                                This, the 7th day of June, 2021

                                               /s/ *Benjamin G. Greenberg*