# EXHIBIT 6

**Rauh, Olivia**

| | |
|---|---|
| **From:** | Viswanatha, Veena |
| **Sent:** | Monday, May 3, 2021 3:49 PM |
| **To:** | Braunstein, Joshua; Petrilla, Antony |
| **Cc:** | Regan, Christopher; greenbergb@gtlaw.com; Rauh, Olivia |
| **Subject:** | RE: JMJ - Discovery - SMAIL |

Josh,

Thank you for your April 30, 2021, email. In your email, you note that it would take "an estimated 470 hours of SEC staff time" to respond to Mr. Keener's Second Set of Requests for Production. Can you let us know what search terms you applied in deriving that estimate?

We are interested in working with you to create a more targeted search to reduce that number. Accordingly, please advise if you are willing to share your search terms and discuss ways to reduce the number of documents that would need to be reviewed.

Veena

Veena Viswanatha
**Buckley LLP**
T (202) 461-2947
M (908) 420-0113
vviswanatha@buckleyfirm.com

---

**From:** Braunstein, Joshua <sec.notification@zixmessagecenter.com>
**Sent:** Friday, April 30, 2021 11:58 AM
**To:** Viswanatha, Veena <vviswanatha@buckleyfirm.com>
**Subject:** JMJ - Discovery - SMAIL

[EXTERNAL]

---

### New ZixCorp secure email message from U.S. Securities and Exchange Commission Secure Email

---

[Open Message]

To view the secure message, click Open Message.

The secure message expires on Jul 29, 2021 @ 03:57 PM (GMT).

Do not reply to this notification message; this message was auto-generated by the sender's security system reply to the sender, click Open Message.

If clicking Open Message does not work, copy and paste the link below into your Internet browser address https://web1.zixmail.net/s/e?b=sec&m=ABABELeIq1CzuoW5jjDiWwep&em=vviswanatha%40buckleyfirm%