# EXHIBIT 7

**Archived:** Thursday, July 1, 2021 2:14:23 PM
**From:** Viswanatha, Veena
**Mail received time:** Mon, 28 Jun 2021 12:28:25
**Sent:** Mon, 28 Jun 2021 12:28:24
**To:** Petrilla, Antony  Braunstein, Joshua
**Cc:** Regan, Christopher  greenbergb@gtlaw.com  Rauh, Olivia  Turner, Nancy
**Subject:** RE: SMAIL SEC Response Providing OIG Documents (Email 1 of 3)
**Importance:** Normal
**Sensitivity:** None

---

Tony and Josh,

Thank you for the production of OIG documents on Friday that hit on the search terms "apple" and "convertible." Can you advise how many documents hit on each search term? We ask in particular because many of the documents you produced do not appear to hit on either term. Have all the documents that hit on "apple" and convertible" been produced or do you expect to make any additional production in response to Judge Louis's June 22, 2021 Order?

Also, we understand you did not produce any documents that hit on the search terms "trader" or "factors" because the searches for those terms returned more documents than hit on the terms "apple" or "convertible." Can you advise how many documents hit on "trader" and "factors"?

We note that there are many gaps in the bates range you assigned to the documents produced on Friday. Can you advise whether this was the result of inadvertent error, or whether all of the omitted ranges are documents over which you are asserting a privilege? If the latter, please advise immediately of the basis of your privilege assertion, especially given Judge Louis's questions at the hearing as to how any of the documents in the database—which we understand consists of communications with third parties—could be privileged. *See* Order at 3 ("I do not entirely understand the SEC's proffer as to why the documents or information would be privileged.") As you know, we must file a motion by this Friday if we are seeking additional documents from the OIG database. Accordingly, we ask that you immediately provide the basis of any privilege assertions.

Finally, if you have any additional information concerning the SEC's alleged burden in reviewing and producing the documents we have requested from the OIG database, we ask that you provide it now so that we may consider any alleged burden in narrowing the scope of our requests.

Veena

Veena Viswanatha
**Buckley LLP**
T (202) 461-2947
M (908) 420-0113
vviswanatha@buckleyfirm.com

**From:** Petrilla, Antony <sec.notification@zixmessagecenter.com>
**Sent:** Friday, June 25, 2021 8:45 PM
**To:** Viswanatha, Veena <vviswanatha@buckleyfirm.com>
**Subject:** SMAIL SEC Response Providing OIG Documents (Email 1 of 3)

**[EXTERNAL]**

**New ZixCorp secure email message from U.S. Securities and Exchange Commission Secure Email**

[Open Message]

To view the secure message, click Open Message.

The secure message expires on Sep 24, 2021 @ 12:44 AM (GMT).

Do not reply to this notification message; this message was auto-generated by the sender's security system. To reply to the sender, click Open Message.

If clicking Open Message does not work, copy and paste the link below into your Internet browser address bar.
https://web1.zixmail.net/s/e?b=sec&m=ABDZ9zsvN3Zoh3yVOKDvVSap&em=vviswanatha%40buckleyfirm%2ecom