# EXHIBIT 9

| | |
|---|---|
| **From:** | David B. |
| **To:** | TradingAndMarkets; TMOIGLOG |
| **Subject:** | Advice on Registering as a Broker Dealer |
| **Date:** | Monday, December 31, 2018 10:16:48 AM |

Good morning,

I have established a new private corporation that will have fewer than 100 shareholders, no intention to go public, and start-up capital of less than $100,000.  There have not yet been any transactions caused by the corporation but it will be primarily engaged in investing in securities.  Will I need to register this corporation as a broker-dealer?

Kind regards,

David