# EXHIBIT 10

| | |
|---|---|
| **From:** | Billy Aberle |
| **To:** | TradingAndMarkets; TMOIGLOG |
| **Subject:** | Broker/Dealer Registration |
| **Date:** | Friday, August 16, 2019 10:57:56 AM |

Hello - is this the right email to contact if I questions regarding whether myself or my company needs to register as a broker/dealer, and if so, which would be the one to move forward with?  If so, I will provide more details on my situation in hopes to receive some guidance on what net steps to take.

Thanks,
Billy