# EXHIBIT 11

| | |
|---|---|
| **From:** | TradingAndMarkets |
| **To:** | Talia Harari; TMOIGLOG@APPSHAREPOINT.AD.SEC.GOV |
| **Cc:** | TradingAndMarkets |
| **Subject:** | RE: Request for Advice! |
| **Date:** | Tuesday, October 13, 2015 6:49:56 AM |

Ms. Harari,

While we are able to provide informal guidance regarding the Exchange Act and the rules adopted thereunder through this email box, we cannot provide legal advice. As you likely know, applying the regulations to a particular scenario generally constitutes legal advice.

First, you would need to consider whether the instrument you drafted would constitute a security. The definitions of the term security are in the Securities Act at 2(a)(1) and in the Exchange Act at 3(a)(10). In general, a note is considered to be a security. In addition, the definitions generally include a "privilege on a security," which would likely include a note convertible into a security (i.e., capital investment).

If the instrument is a security, then you would need to determine whether your activities would cause you to fit the definitions of the term "broker" or "dealer." If so, you would need to register with the Commission as such. The staff of the Division of Trading and Markets has published some guidance on the Commission's website regarding the broker-dealer registration requirements here: http://www.sec.gov/divisions/marketreg/bdguide.htm. This Guide to Broker-Dealer Registration discusses the definition of "broker" and the activities/factors the staff and the courts consider when determining whether a person fits that definition (and would, therefore, need to register with the Commission).

The Division of Trading and Markets


**From:** Talia Harari [mailto:taliaharari@gmail.com]
**Sent:** Monday, October 12, 2015 12:50 PM
**To:** TradingAndMarkets; TMOIGLOG@APPSHAREPOINT.AD.SEC.GOV
**Subject:** Request for Advice!

Hi!

I drafted a contract where Person A can loan a private LLC money and be paid back within 12 months at 12% interest. In the contract I also wrote that Person A has the option to convert that loan into a capital investment in the LLC at any time.

My client sent out an "investment package" which was simply data about the LLC and why it would be a good idea to convert the loan into an investment in the LLC.

I am an attorney but I am not familiar with SEC regulations. Am I breaking any rules or could I be potentially breaking any rules by the fact that I'm calling it an investment?

Thank you for your help!

Best,

Talia Harari
917-972-4944