# EXHIBIT 12

| | |
|---|---|
| **From:** | Peter cordova |
| **To:** | TradingAndMarkets; TMOIGLOG |
| **Subject:** | Do I need to register |
| **Date:** | Sunday, May 17, 2020 8:47:02 AM |

Hello, I am in the movie industry and I was wondering if I find a person that wants to invest in making my movie or someone else's movie, do I need to be a registered dealer /broker at all? I am not selling securities. Thanks

Peter Cordova
actor
petercordova@mac.com
305-495-3112