# EXHIBIT 13

| | |
|---|---|
| **From:** | Jordon Booth |
| **To:** | TradingAndMarkets; TMOIGLOG |
| **Cc:** | Ryan@glaciervc.com |
| **Subject:** | Broker-Dealer Registration Questions |
| **Date:** | Tuesday, July 14, 2020 1:21:13 PM |

Hello,

I am interested in learning more about Broker-Dealer Registration, and if it is necessary for us to become a Broker-Dealer for our specific business model. The general details are below:

- Through our new company Glacier Ventures, my partner and I are interested in buying private equity secondaries for international buyers (Family offices, institutional investors, foreign brokers).
- The majority of deals will act as a venture capital firm, where we create an SPV and hold the shares with a management fee and carry.
    - Although some prospective buyers have shown interest in us buying direct, either handing over the SPV once the shares are in the fund. Or to purchase shares for them directly.
- We have also had opportunities where we would just act as a "finder" and will be just making an introduction from buyer and seller.
- Lastly, our most prominent deal involves being a broker between a US broker dealer and a foreign broker dealer, which we saw would act as an exemption to the rule.

As you can see many of those circumstances are on either side of the ruling. We are interested to know if we need Broker-Dealer Registration for all scenarios or only specific ones, as well as to find out if this is a viable business model without the Broker-Dealer Registration.

Lastly, if the Broker-Dealer Registration is the only option to move forward, what are the steps and what are our chances of getting approval.

Best,
Jordon Booth
Glacier Ventures