# EXHIBIT 14

| | |
|---|---|
| **From:** | Zack Eller |
| **To:** | TradingAndMarkets; TMOIGLOG |
| **Subject:** | Re: Oxford Center Broker Dealer License |
| **Date:** | Friday, December 21, 2018 10:38:59 AM |

Thank you for your help. I have reached out to our legal representation to figure out what we would need.

Best,

**Zack Eller**

**Business Advisory Manager**

678.896.2491   |   oxfordcenter.com

843.414.5610   |   zack@oxfordcenter.com

65 Gadsden Street, Charleston, SC 29401

banner

On Thu, Dec 20, 2018 at 5:27 PM TradingAndMarkets <TradingAndMarkets@sec.gov> wrote:

> Mr. Eller,
>
> While we are able to provide informal guidance regarding the Exchange Act and the rules adopted thereunder through this email box, we cannot provide legal advice. Applying the regulations to a particular scenario approaches the realm of legal advice. Thus, we encourage

you to seek the counsel of an attorney familiar with the securities regulations and relevant case law to determine whether your firm needs to register with the Commission as a broker based on the specific activities it intends to engage in.

The staff of the Division of Trading and Markets has published some guidance on the Commission's website regarding the broker-dealer registration requirements here: http://www.sec.gov/divisions/marketreg/bdguide.htm.  This Guide to Broker-Dealer Registration provides some basic information regarding the definition of "broker" and the activities/factors the staff and the courts consider when determining whether a person fits that definition (and would, therefore, need to register with the Commission).

As indicated in the Guide - to the extent a person engages in the business of effecting transactions in securities for the account of others, that person would need to register with the Commission.  This is a fact-specific assessment that involves consideration of a number of factors (which have been developed through SEC staff no action letters and case law).  Factors generally considered to determine whether a person would be considered to be "effecting transactions in securities for the accounts of others" include, among other things, whether the person is soliciting the purchase or sale of securities to others, is involved in the structuring or negotiation of transactions, and receiving transaction-based compensation.

We hope this is helpful.

The Division of Trading and Markets

**From:** Zack Eller [mailto:zack@oxfordcenter.com]
**Sent:** Thursday, December 20, 2018 2:23 PM
**To:** TradingAndMarkets; TMOIGLOG
**Subject:** Re: Oxford Center Broker Dealer License

I am not sure. We offer the following services to our companies:

- Valuation
- Sell-side advisory (all companies are privately held currently. we would be willing to represent a public company if the opportunity presented itself)
- IPO- we have not done an IPO in over 10 years from what I understand. We would like to offer the services to members who are looking to IPO.
- Capital raises.

What licenses/certifications would we need?

Best,

**Zack Eller**

**Business Advisory Manager**

678.896.2491 | oxfordcenter.com

843.414.5610 | zack@oxfordcenter.com

65 Gadsden Street, Charleston, SC 29401

On Thu, Dec 20, 2018 at 2:16 PM TradingAndMarkets <TradingAndMarkets@sec.gov> wrote:

> Mr. Zeller,
>
> What license does your employee hold?
>
> The Division of Trading and Markets
>
> ――――――――――――――――――――――――――――――――――――――――――
>
> **From:** Zack Eller [mailto:zack@oxfordcenter.com]
> **Sent:** Thursday, December 20, 2018 12:47 PM
> **To:** TradingAndMarkets; TMOIGLOG
> **Subject:** Oxford Center Broker Dealer License
>
> Good Afternoon,

My company, The Oxford Center for Entrepreneurs engages as an advisor for privately he'd companies looking to sell their businesses. Occasionally, we will offer to underwrite and IPO for a firm. We currently have an employee that holds a license. What are the processes for transferring the license to another employee or getting a license for another employee? Our current license holder will be leaving the firm in the next 2-3 years, possibly sooner.

My phone number is 678-896-2491. This is the best email to reach me.

Best,

**Zack Eller**

**Business Advisory Manager**

678.896.2491 | oxfordcenter.com

843.414.5610 | zack@oxfordcenter.com

65 Gadsden Street, Charleston, SC 29401