# EXHIBIT 17

**From:** Regan, Christopher <cregan@buckleyfirm.com>
**Sent:** Monday, June 21, 2021 1:12 PM
**To:** 'braunsteinj@sec.gov' <braunsteinj@sec.gov>; Petrilla, Antony <PetrillaA@SEC.GOV>
**Cc:** greenbergb@gtlaw.com; Viswanatha, Veena <vviswanatha@buckleyfirm.com>
**Subject:** Search Terms for OIG database

Josh,

We write to follow up on the hearing before Judge Louis last Friday.  We look forward to learning how many documents in the Office of Interpretation and Guidance's database hit on the terms "Apple" and "convertible".  We also look forward to confirmation of whether it is possible to search for the term "convertible note," or whether you can only search for one word at a time.

We also ask that you run the below search terms in the database and let us know how many documents hit on each of these terms.  We understand that Judge Louis has ordered the SEC at this time to produce documents that hit on two additional terms, and we ask that you provide this information so that we can identify the two additional terms.

Trader
Factors
Microcap
Statute
Discount
Spread
144
Hold
Advertise
Business
Penny
Invest
Investment
Conference

Please let us know if you would like to discuss.  Thanks.

Chris


Christopher F. Regan
Partner
**Buckley LLP**
2001 M Street NW

Suite 500
Washington, DC 20036
T 202.349.7970
M 202.255.2943
cregan@buckleyfirm.com
www.buckleyfirm.com