# EXHIBIT 18



# SMAIL SEC Response Providing OIG Documents (Email 1 of 3)

vviswanatha@buckleyfirm.com

SMAIL SEC Response Providing OIG Documents (Email 1 of 3)

| | |
|---|---|
| **Received:** | Jun 25, 2021 8:44 PM |
| **Expires:** | Sep 23, 2021 8:44 PM |
| **From:** | petrillaa@sec.gov |
| **To:** | cregan@buckleyfirm.com |
| **Cc:** | vviswanatha@buckleyfirm.com, greenbergb@gtlaw.com, braunsteinj@sec.gov, orauh@buckleyfirm.com |
| **Subject:** | SMAIL SEC Response Providing OIG Documents (Email 1 of 3) |

**Attachments:** SEC-JMJ-OIG-01.pdf, SEC-JMJ-OIG-03.pdf, SEC-JMJ-OIG-05.pdf, SEC-JMJ-OIG-02.pdf, SEC-JMJ-OIG-04.pdf

Chris,

Pursuant to Magistrate Judge Louis's oral ruling on June 18, this is the first of three emails containing documents that are responsive to the search terms "apple" and "convertible." A database query for search terms "trader" and "factor" each returned more hits than both apple and convertible. Accordingly, we did not conduct a review for responsive documents containing those terms.

As we explained today, we are producing these documents with temporary bates numbers; we will produce them again with permanent bates numbers when they are processed. We will also provide a privilege log consistent with the local rules. This email contains documents bates numbered SEC-JMJ-OIG-1 through SEC-JMJ-OIG-5. Thanks.

Antony Richard Petrilla
Division of Enforcement
U.S. Securities & Exchange Commission
(202) 551-4544

------------------------------------------------------------------------
This message was secured by Zix Corp (R).



This service is hosted by Zix on behalf of U.S. Securities and Exchange Commission Secure Email More Information