# EXHIBIT 22



# RE: Search Terms for OIG database - SMAIL

vviswanatha@buckleyfirm.com

RE: Search Terms for OIG database - SMAIL

| | |
|---|---|
| **Received:** | Jun 21, 2021 2:33 PM |
| **Expires:** | Sep 19, 2021 2:33 PM |
| **From:** | braunsteinj@sec.gov |
| **To:** | cregan@buckleyfirm.com |
| **Cc:** | vviswanatha@buckleyfirm.com, petrillaa@sec.gov, greenbergb@gtlaw.com, folenaj@sec.gov |
| **Subject:** | RE: Search Terms for OIG database - SMAIL |

This message was sent securely using Zix®

Chris,

Respectfully, we both know that this is not what the judge ordered on Friday. She ordered us to search for one term: "convertible."

And she ordered you to provide us with two additional single-word search terms by COB today if you choose to. You have not done so yet. As you know, Judge Louis did not order the SEC conduct fourteen separate searches (or any for that matter) today to help you decide which terms you wanted. In fact, she asked you to provide search terms on the spot on Friday, but you asked for the weekend—a request to which we did not object, and which Judge Louis granted.

Please provide your two terms by COB today if you would like us to conduct any additional searches in light of Judge Louis's order.

Thanks.

Josh

**From:** Regan, Christopher <cregan@buckleyfirm.com>
**Sent:** Monday, June 21, 2021 1:12 PM
**To:** Braunstein, Joshua <braunsteinj@SEC.GOV>; Petrilla, Antony <PetrillaA@SEC.GOV>
**Cc:** greenbergb@gtlaw.com; Viswanatha, Veena <vviswanatha@buckleyfirm.com>
**Subject:** Search Terms for OIG database

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Josh,

We write to follow up on the hearing before Judge Louis last Friday. We look forward to learning how many documents in the Office of Interpretation and Guidance's database hit on the terms "Apple" and "convertible". We also look forward to confirmation of whether it is possible to search for the term "convertible note," or whether you can only search for one word at a time.

We also ask that you run the below search terms in the database and let us know how many documents hit on each of these terms. We understand that Judge Louis has ordered the SEC at this time to produce documents that hit on two additional terms, and we ask that you provide this information so that we can identify the two additional terms.

Trader

Factors

Microcap

Statute

Discount

Spread

144

Hold

Advertise

Business

Penny

Invest

Investment Conference

Please let us know if you would like to discuss. Thanks.

Chris

Christopher F. Regan

Partner

**Buckley LLP**

2001 M Street NW

Suite 500

Washington, DC 20036

T 202.349.7970

M 202.255.2943

cregan@buckleyfirm.com

www.buckleyfirm.com

This email message (including any attachments) is only for use by the intended recipient(s) and is presumed confidential. It also may be subject to the attorney-client privilege or other confidentiality protections and may constitute inside information. If you are not an intended recipient, you may not review, copy, distribute, or otherwise use this message or its contents. If you received this message in error, please notify the sender and delete this message (including any attachments) from your system immediately. Any unauthorized reading, copying, distribution, or other use of this message or its contents is strictly prohibited and may be unlawful.

---

This message was secured by Zix Corp (R).



Secured by Zix — This service is hosted by Zix on behalf of U.S. Securities and Exchange Commission Secure Email More Information