# EXHIBIT 3

| Receipt Method | Date Received | OIG Staff Name | Contact Name | Phone No | EMail | Firm Name | Log Status | Topic |
|---|---|---|---|---|---|---|---|---|
| Email | 11/7/2013 12:00:00 AM | VALERIE H. DAHIYA | Joan Grava | 843.768.2518 | jgrava@palmadv.com | Palmetto Advisory Group | Ported | Other |

| Topic Other | Log Description | Resolution |
| --- | --- | --- |
| 15(a) | Works for a very small BD (7 RRs) that only does business with other BDs (wholesale). Based on her reading of the Act she believes that she only needs to register in the state where the BD conducts business, however she wants to be sure. She would like to confirm her understanding. | Per our conversations and your request, please review Part II.D.2 of the Guide to Broker-Dealer Registration (on the intra-state exception, which is very narrow). You may also find the following cases informative: Couldock & Bohan, Inc. v. Societe Generale Securities Corp., 93 F. Supp. 2d 220, 223-30 (D. Conn. 2000), and SEC v. Big Apple Consulting U.S.A., Inc., 2011 U.S. Dist. LEXIS 95292, at *25-30 (M.D. Fla., Aug. 25, 2011). |