# EXHIBIT 4

| | |
|---|---|
| **From:** | Smith, Margaret A. (TM) |
| **To:** | djarvis@alpine-securities.com |
| **Cc:** | TradingAndMarkets |
| **Subject:** | FW: Inquiry |
| **Date:** | Wednesday, January 03, 2018 11:07:00 AM |

Mr. Jarvis,

The Exam Hotline forwarded your email to us for response.

The Commission staff generally cannot comment on Enforcement Actions other than to provide information already made public by the Commission.

If there is a specific fact pattern you are seeking guidance on, you may send us a request for a no-action letter.  Procedures applicable to requests for no-action and interpretive letters are available in Securities Act Release No. 6269 (http://www.sec.gov/rules/other/33-6269.pdf ).

The Division of Trading and Markets

---

**From:** David Jarvis [mailto:djarvis@alpine-securities.com]
**Sent:** Tuesday, January 02, 2018 8:54 AM
**To:** Exam Hotline
**Subject:** RE: Inquiry
**Importance:** High

I'm hopeful that the delay in response to the below inquiry was derivative of the holidays and folks vacation schedules.  I look forward to a meaningful response.

Thank you.

DHJ

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

---

**From:** David Jarvis
**Sent:** Thursday, December 21, 2017 12:03 PM
**To:** 'examhotline@sec.gov' <examhotline@sec.gov>
**Subject:** Inquiry

I hope y'all are doing well this holiday season.  My inquiry starts with an explanation for clarity's

sake.

Fairly recently the Commission filed an action against Microcap Equity Group and an individual that can be found here:  https://www.sec.gov/litigation/complaints/2017/comp23992.pdf

The gravamen of the Complaint can be found in numerical paragraph 2.  It alleges:  *Between January 2013 and July 2016, Defendants, as part of a regular business, engaged in the buying and selling of securities for Defendants' own accounts. Defendants purchased from debtholders the aged debts of various microcap issuers of securities. Contemporaneously, and as part of their purchase of the aged debt, Defendants obtained*
*agreements with the issuers permitting Defendants to, at their discretion, convert the debt into shares of the issuers' common stock. Defendants deposited these shares (once converted from the debt) into their brokerage accounts and sold significant numbers of them into the market. Finally, Defendants deposited the net proceeds from the stock sales into their bank accounts.*

Generally speaking, the Defendants acquired aged convertible debt or simply aged where the issuer agreed to conversion terms because it could not pay the obligation.  Thereafter, Defendants converted the debt and sold the positions.  In a scheduled conference call with the Staff Attorneys who brought this action they would not provide us guidance in terms of our inquiries and instead directed us to OCIE.

What we as an organization are trying to understand is whether or not the Staff and/or the Commission is deeming the acquisition of third party debt, conversion of that debt, and sale into the public marketplace a business model (if you will) that requires registration as a dealer?  We are aware that the definition of dealer excludes routine trading transactions for ones own account as well as other potentially relevant carve outs.  Here we are simply trying to gain our regulators posture.

Thank you very much.


David H . Jarvis
Special Counsel

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.


Confidentiality Notice: This e-mail message, including any attachments, from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received

this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.