# EXHIBIT 5

**Sent:** Fri, 22 Mar 2019 16:11:37 +0000 (UTC)
**From:** JMJ Financial <jmjfinancial@yahoo.com>
**To:** Randall Jones <rjones@alpine-securities.com>
**Cc:** David Jarvis <djarvis@alpine-securities.com>
**Subject:** trade date 3/20/2019

Randy,

For trade date 3/20/2019 the sale below created a negative net amount.

Sold 1,585,000 shares of VOIS @ .0001    Net negative $18.96
Please have the back office cancel & correct.

Thank you,

JMJ Financial


---------- ***This email has been sent by the JMJ Financial trading department on behalf of Justin Keener d/b/a JMJ Financial. This email may have been written by Justin Keener, or it may have been written by a staff member.