UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN W. KEENER D/B/A JMJ FINANCIAL,<br><br>Defendant. | NO. 1:20-CV-21254-BLOOM/LOUIS |

**NOTICE OF STRIKING NOTICE REGARDING FOOTNOTE NO. 4 OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

Plaintiff United States Securities and Exchange Commission hereby provides notice to the Court that it is striking the Notice Regarding Footnote No. 4 of Plaintiff Securities and Exchange Commission's Opposition To Defendant's Motion To Compel, pursuant to the Clerk's directive to comply with Section 3J(1) of CM/ECF Admin Procedures and Local Rule 5.1(b).

DATED:   July 23, 2021              Respectfully submitted,

By:

  /s/ Antony Richard Petrilla
Joshua E. Braunstein
Antony Richard Petrilla
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-8470
Braunsteinj@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, I filed Plaintiff Securities and Exchange Commission's NOTICE OF STRIKING NOTICE REGARDING FOOTNOTE NO. 4 OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL through the Court's CM/ECF system, which automatically sends notices to counsel of record in this case.

/s/
Antony Richard Petrilla

**ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION**