UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-21254-BLOOM/LOUIS

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

v.

JUSTIN W. KEENER D/B/A JMJ
FINANCIAL,

              Defendant.

## DEFENDANT'S NOTICE OF STRIKING [DE 70]

**PLEASE TAKE NOTICE** that Defendant Justin Keener d/b/a JMJ Financial, by and through its undersigned counsel, hereby files its Notice of Striking [DE 70].

Dated: August 14, 2021

Respectfully submitted,

**GREENBERG TRAURIG LLP**

/s/ *Benjamin G. Greenberg*
**Benjamin G. Greenberg**
Florida Bar No. 192732
333 SE 2nd Avenue Suite 4400
Miami, FL 33131
Telephone: (305) 579-0850
Facsimile: (305) 579-0717
greenbergb@gtlaw.com

**BUCKLEY LLP**

**Christopher F. Regan (***pro hac vice***)**
**Veena Viswanatha (***pro hac vice***)**
**Adam Miller (***pro hac vice***)**
2001 M Street NW, Suite 500
Washington, DC 20036

1

Telephone: (202) 349-8000
Facsimile: (202) 349-8080
cregan@buckleyfirm.com
vviswanatha@buckleyfirm.com
amiller@buckleyfirm.com

*Counsel for Defendant Justin W. Keener*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served via ECF a true and correct copy of the foregoing Notice of Striking [DE70] to the following:

Joshua E. Braunstein (Special Bar No. A5502640)
Antony Richard Petrilla (Special Bar No. A5502641)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-8470
Braunsteinj@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

This, the 14th day of August, 2021

*/s/ Benjamin G. Greenberg*
Benjamin G. Greenberg