UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-21254-BLOOM/LOUIS

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

v.

JUSTIN W. KEENER D/B/A JMJ
FINANCIAL,

                        Defendant.

## DEFENDANT JUSTIN W. KEENER'S MOTION TO STRIKE

Defendant Justin W. Keener ("Mr. Keener") moves to strike part of the SEC's Reply in Support of Its Statement of Material Facts (ECF No. 101, "Reply SOF"), filed on September 7, 2021. Specifically, Mr. Keener requests that the Court strike Section A, "SEC's Reply to Defendant's Counterstatement of Disputed Facts." As explained in more detail below, that section purports to add additional evidence and argument in support of the alleged facts set forth in the SEC's initial Statement of Material Facts. Such tactics are not authorized by the Local Rules of this Court and would improperly deprive Mr. Keener of an opportunity to respond to the SEC's assertions.

    1. On July 21, 2021, the Court entered an Order (ECF No. 54) allowing each party to file a statement of material facts totaling 15 pages.

    2. The SEC filed its Statement of Material Facts (ECF No. 67) on August 13, 2021 with 73 paragraphs over 15 pages.

    3. Mr. Keener filed his Opposition to the SEC's Statement of Material Facts (ECF No. 91) on

1

August 31, 2021. Mr. Keener's Opposition responded to the SEC's 73 paragraphs. Local Rule 56.1(b)(2) also allows an opponent to set forth additional facts that he contends are material. Accordingly, Mr. Keener set forth 25 additional facts.

4. Local Rule 56.1(b)(3) governs the form of a Reply Statement of Material Facts. This Rule requires a movant to respond to any additional facts set forth in the opponent's Statement of Material Facts. Local Rule 56.1(b)(3)(A)-(B). But this Rule does not authorize a movant to add further support to the facts set forth in its initial Statement of Material Facts.

5. The SEC's Reply SOF contains two sections. In Section A, the SEC seeks to add 9 pages of additional support for 37 of the 73 paragraphs set forth in its initial Statement of Material Facts. The SEC also attached nearly 150 pages of additional exhibits cited in Section A. In Section B, the SEC responds to Mr. Keener's additional facts.

6. Section A of the SEC's Reply SOF is improper because it does not respond to Mr. Keener's additional facts, and instead seeks to add support for the facts set forth in the SEC's initial Statement of Material Facts. The SEC's conduct in Section A is not authorized by the Local Rules and would circumvent the 15-page limit this Court previously set on the initial Statement of Material Facts, by 9 pages. Moreover, the SEC's tactic prevents Mr. Keener from responding to the new citations and arguments set forth in Section A, and the new exhibits cited in that Section.

7. Under Local Rule 56.1(d), "the Court may strike" any Statement of Material Facts that "does not comply with this rule." S.D. Fla. Local Rule 56.1(d). Section A of the SEC's Reply SOF should be struck for failure to comply with Local Rule 56.1. *See, e.g.*, *Shannon v. Nat'l R.R. Passenger Corp.*, 2018 WL 11251005, at *1 (S.D. Fla. June 19, 2018) (striking plaintiff's reply statement of facts to the extent it "supplement[ed] its initial statement of facts" because defendant "had no opportunity to respond to them" and finding otherwise would "allow [plaintiff] to circumvent the page limits").

8. For these reasons, Mr. Keener respectfully requests that Section A of the SEC's Reply SOF

be struck.

9. On September 8, 2021, counsel for Mr. Keener asked counsel for the SEC whether it would identify the authority it believed justified Section A or agree to the relief requested herein. On September 10, 2021, because counsel for the SEC had not yet provided an answer on either issue, counsel for Mr. Keener reiterated its request and asked for a response by Monday, September 13, 2021, due to the time-sensitive nature of the requested relief, which impacts a pleading currently pending before the Court. Counsel for the SEC did not respond by September 13, 2021.

Dated: September 14, 2021

Respectfully submitted,

**GREENBERG TRAURIG LLP**

*/s/ Benjamin G. Greenberg*
**Benjamin G. Greenberg**
Florida Bar No. 192732
333 SE 2nd Avenue Suite 4400
Miami, FL 33131
Telephone: (305) 579-0850
Facsimile: (305) 579-0717
greenbergb@gtlaw.com

**BUCKLEY LLP**

**Christopher F. Regan (*pro hac vice*)**
**Veena Viswanatha (*pro hac vice*)**
**Adam Miller (*pro hac vice*)**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
cregan@buckleyfirm.com
vviswanatha@buckleyfirm.com
amiller@buckleyfirm.com

*Counsel for Defendant Justin W. Keener*

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Mr. Keener has conferred with opposing counsel in good faith on September 8, 2021, September 9, 2021, and September 10, 2021 via email. Opposing counsel did not consent to the relief requested herein.

/s/ *Benjamin G. Greenberg*
Benjamin G. Greenberg

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served via ECF a true and correct copy of the foregoing Defendant Justin W. Keener's Motion to Strike to the following:

Joshua E. Braunstein (Special Bar No. A5502640)
Antony Richard Petrilla (Special Bar No. A5502641)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-8470
Braunsteinj@sec.gov
Petrillaa@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

This, the 14th day of September, 2021

*/s/ Benjamin G. Greenberg*
Benjamin G. Greenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-21254-BLOOM/LOUIS

SECURITIES AND EXCHANGE
COMMISSION,

                              **Plaintiff,**

v.

JUSTIN W. KEENER D/B/A JMJ
FINANCIAL,

                              **Defendant.**

**[PROPOSED] ORDER
ON DEFENDANT'S MOTION TO STRIKE**

On consideration of the Motion to Strike filed by Defendant Justin W. Keener d/b/a JMJ Financial ("Mr. Keener"), and finding that good cause exists, the Court hereby **ORDERS AND ADJUDGES** as follows:

Section A of Plaintiff Securities and Exchange Commission's ("SEC") Reply in Support of Its Statement of Material Facts (ECF No. 101), titled "SEC's Reply to Defendant's Counterstatement of Disputed Facts," is STRICKEN.

**DONE AND ORDERED** in Chambers at Miami, Florida this \_\_\_\_ day of _____.

                                                                        _____
                                                                        BETH BLOOM
                                                                        United States District Judge

Copies furnished to: All Counsel of Record