### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**SECURITIES AND EXCHANGE COMMISSION,**

                                 **Plaintiff,**

**v.**                                                    **NO. 1:20-CV-21254-BLOOM/LOUIS**

**JUSTIN W. KEENER D/B/A JMJ FINANCIAL,**

                                 **Defendant.**

---

### NOTICE OF STRIKING OPPOSITION TO MOTION TO STRIKE

Plaintiff United States Securities and Exchange Commission hereby provides notice to the Court that it is striking its Opposition to Motion to Strike (DE 110).

DATED:    September 28, 2021                    Respectfully submitted,

                 By:

                          _____
                          Antony Richard Petrilla
                          Joshua E. Braunstein
                          Attorneys for Plaintiff
                          SECURITIES AND EXCHANGE COMMISSION
                          100 F Street NE
                          Washington, DC 20549
                          Telephone: (202) 551-4544
                          Petrillaa@sec.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2021, I filed Plaintiff Securities and Exchange Commission's NOTICE OF STRIKING NOTICE REGARDING FOOTNOTE NO. 4 OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL through the Court's CM/ECF system, which automatically sends notices to counsel of record in this case.

<u>       /s/        </u>
Antony Richard Petrilla

**ATTORNEY FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**